Filed: 10/19/2018 8:09 AM
Clerk
Johnson County, Indiana

## IN THE JOHNSON COUNTY SUPERIOR COURT
## STATE OF INDIANA

DORIS J. ARTHUR,　　　　　　　　　　）　CAUSE NO. 41D01-1810-CT-000144
　　　　　　　　　　　　　　　　　　　）
　　　　　　　　　Plaintiff,　　　　　　）
　　　　　　　　　　　　　　　　　　　）
　　　　v.　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　）
WAL-MART STORES EAST, LP,　　　　　）
　　　　　　　　　　　　　　　　　　　）
　　　　　　　　　Defendant.　　　　　　）

### ANSWER TO PLAINTIFF'S COMPLAINT

Comes now the defendant Wal-Mart Stores East, LP, by counsel, and for its Answer to plaintiff's Complaint for Damages, states:

### Count I

1.　　　Defendant is without knowledge or information sufficient to form a belief as to the truth of the material allegations contained in rhetorical paragraph 1.

2.　　　Wal-Mart Stores East, LP  is a limited partnership which operated the Walmart store in question.

3.　　　Defendant is without knowledge or information sufficient to form a belief as to the truth of the material allegations contained in rhetorical paragraph 3.

4.　　　Rhetorical paragraph 4 is an allegation of duty rather than of fact.  To the extent an Answer is required, it is denied.

5.　　　Defendant denies the material allegations contained in rhetorical paragraph 5.

6.　　　Defendant denies the material allegations contained in rhetorical paragraph 6.

WHEREFORE, defendant prays that plaintiff take nothing by way of her Complaint, for judgment in its favor and against plaintiff, for costs and for all other just and proper relief in the premises.

Respectfully submitted,

FROST BROWN TODD LLC

By: */s/ Thomas L. Davis*
      Thomas L. Davis, #4423-49
      Attorneys for Defendant

## Count II

7.      Defendant incorporates its answers to rhetorical paragraphs one through six as if set forth in full herein.

8.      Defendant denies the material allegations contained in rhetorical paragraph 8.

9.      Defendant denies the material allegations contained in rhetorical paragraph 9.

10.      Defendant denies the material allegations contained in rhetorical paragraph 10.

11.      Defendant denies the material allegations contained in rhetorical paragraph 11.

WHEREFORE, defendant prays that plaintiff take nothing by way of her Complaint, for judgment in its favor and against plaintiff, for costs and for all other just and proper relief in the premises.

Respectfully submitted,

FROST BROWN TODD LLC

By: */s/ Thomas L. Davis*
      Thomas L. Davis, #4423-49
      Attorneys for Defendant

2

## AFFIRMATIVE DEFENSES

1.     The fault of plaintiff Doris Arthur may have caused or contributed to cause the incident in question and resulting damages.

2.     Defendant reserves the right to assert additional affirmative defenses disclosed during discovery.

WHEREFORE, defendant prays that plaintiff take nothing by way of her Complaint, for judgment in its favor and against plaintiff, for costs and for all other just and proper relief in the premises.

Respectfully submitted,

FROST BROWN TODD LLC

By: /s/ Thomas L. Davis
      Thomas L. Davis, #4423-49
      Attorneys for Defendant

## REQUEST FOR JURY TRIAL

Comes now defendant, by counsel, and requests trial by jury in this matter.

Respectfully submitted,

FROST BROWN TODD LLC

By: /s/ Thomas L. Davis
      Thomas L. Davis, #4423-49
      Attorneys for Defendant

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

R. Daniel Craven
Craven, Hoover & Blazek, P.C.
7550 South Meridian Street, Suite C-1
Indianapolis, IN 46217

/s/ Thomas L. Davis
Thomas L. Davis

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
Phone: (317) 237-3800
Fax: (317) 237-3900
tdavis@fbtlaw.com

4817-9313-5224v1

4

Filed: 10/19/2018 8:07 AM
Clerk
Johnson County, Indiana

**IN THE JOHNSON COUNTY SUPERIOR COURT
STATE OF INDIANA**

| | | |
|---|---|---|
| DORIS J. ARTHUR, | ) | CAUSE NO. 41D01-1810-CT-000144 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WAL-MART STORES EAST, LP, | ) | |
| | ) | |
| Defendant. | ) | |

<u>**APPEARANCE BY ATTORNEY IN CIVIL CASE**</u>

**This Appearance Form must be filed on behalf of every party in a civil case.**

1.  The party on whose behalf this form is being filed is:
    Initiating _____    Responding ✓    Intervening _____; and

    the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

    Name of party**:  Wal-Mart Stores East, LP**

    Address of party *(see Question # 6 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*
    Not applicable _____

    Telephone # of party <u>Not applicable</u> _____

    FAX: <u>Not applicable</u> _____

    Email Address: <u>Not applicable</u> _____

*(List on a continuation page additional parties this attorney represents in this case.)*

2.  Attorney information for service as required by Trial Rule 5(B)(2)

| | | | |
|---|---|---|---|
| Name: | **Thomas L. Davis** | Attorney Number: | #4423-49 |
| | **FROST BROWN TODD LLC** | Phone: | (317) 237-3800 |
| Address: | **201 North Illinois Street, Suite 1900** | FAX: | (317) 237-3900 |
| | **P.O. Box 44961** | Email: | tdavis@fbtlaw.com |
| | **Indianapolis, IN 46244-0961** | | |

*(List on continuation page additional attorneys appearing for above party)*

3. This is a CT case type as defined in administrative Rule 8(B)(3).

4. I will accept service from other parties by:

      FAX at the above noted number: Yes _____ No ✓

      Email at the above noted number: Yes _____ No ✓

5. This case involves child support issues. Yes _____ No ✓ *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

6. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order. Yes _____ No ✓ *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)* The party shall use the following address for purposes of legal service:

      _____      Attorney's address

      _____      The Attorney General Confidentiality program address

                   (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov)**.

      _____      Another address (provide)

_____

7. This case involves a petition for involuntary commitment. Yes _____ No ✓

8. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

    a. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above: _____

    b. State of Residence of person subject to petition: _____

    c. At least one of the following pieces of identifying information:
        (i)   Date of Birth _____
        (ii)  Driver's License Number _____
            State where issued _____ Expiration date _____
        (iii) State ID number _____
            State where issued _____ Expiration date _____

    (iv)  FBI number _____

    (v)  Indiana Department of Corrections Number _____

    (vi)  Social Security Number is available and is being provided in an attached
        confidential document Yes _____ No _____

9.  There are related cases: Yes _____ No ✓ *(If yes, list on continuation page.)*

10. Additional information required by local rule:

    Not applicable_____

11. There are other party members: Yes _____ No ✓ *(If yes, list on continuation page.)*

12. This form has been served on all other parties and Certificate of Service is attached:
    Yes✓ No____

                                */s/ Thomas L. Davis*_____
                                Attorney or Pro Se Signature

                                Thomas L. Davis_____
                                Printed

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

R. Daniel Craven
Craven, Hoover & Blazek, P.C.
7550 South Meridian Street, Suite C-1
Indianapolis, IN  46217

/s/ Thomas L. Davis
Thomas L. Davis

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
Phone: (317) 237-3800
Fax: (317) 237-3900
tdavis@fbtlaw.com

LR08000.0712523   4818-8910-0153v1

4

**41D01-1810-CT-000144**

Johnson Superior Court 1
SUMMONS

Filed: 10/1/2018 2:42 PM
Clerk
Johnson County, Indiana

DORIS J. ARTHUR,

                              Plaintiff,

                    -v-

WAL-MART STORES EAST, LP,

                              Defendant.

In the Johnson Superior Court, Room No._____

Cause
No._____

TO DEFENDANT:   Wal-Mart Stores East, LP
                c/o CT Corporation System, Registered Agent
                150 West Market St., Ste. 800
                Indianapolis, IN 46204

       You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

       The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

       An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

       If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

       If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated _____10/1/2018_____          _Sue Anne Misiniec_          _(Seal)
                                     Clerk, Johnson Superior Court

          **(The following manner of service of summons is hereby designated.)**

     X     Registered or certified mail.
           Service at place of employment, to-wit:
           Service on individual - (Personal or copy) at above address.
           Service on agent. (Specify)_____
           Other service. (Specify)_____

R. Daniel Craven (#11932-49)
**Attorney for Plaintiff**

**CRAVEN HOOVER BLAZEK, P.C.**
7550 S. Meridian Street, C
Indianapolis, Indiana 46217
Phone: (317)881-2700
Fax: (317)885-4884

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the ____ day of _____, 200___:

    1.     By delivering a copy of the Summons and a copy of the complaint to the Defendant _____

    2.     By leaving a copy of the Summons and a copy of the complaint at _____, which is the dwelling or place of abode of _____and by mailing a copy of said summons to said defendant at the above address.

    3.  Other service or remarks:_____

    4.  _____


_____
Sheriff's Costs

_____
Sheriff
By:_____
              Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the ___ day of _____, 200___, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by ___ _____ mail, requesting a return receipt, at the address furnished by the plaintiff.


_____
Date

_____
Clerk, Johnson Superior Court
By:_____
              Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____, was accepted by the defendant on the ____ day of _____, 200___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the ____ day of _____ _____, 200___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____, was accepted by _____ on behalf of said defendant on the _____ day of _____ _____, 200___.


_____
Date

_____
Clerk, Johnson Superior Court
By:_____
              Deputy

**41D01-1810-CT-000144**

Johnson Superior Court 1

Filed: 10/1/2018 2:42 PM
Clerk
Johnson County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE JOHNSON COUNTY SUPERIOR COURT |
| | ) SS: | CIVIL DIVISION |
| COUNTY OF JOHNSON | ) | CAUSE NO. |

DORIS J. ARTHUR,                                      )
                                                     )
        Plaintiff,                           )
                                                     )
   vs.                                           )
                                                     )
WAL-MART STORES EAST, LP,                             )
                                                     )
        Defendant.                           )

## TRIAL RULE 3.1 APPEARANCE

COMES NOW the Plaintiff, by counsel, for her Trial Rule 3.1 Appearance, and show the Court as follows:

1.    <u>Name of the initiating party or parties to the proceeding</u>:

        Doris J. Arthur

2.    <u>Name, address, attorney number, telephone number, FAX number, and computer address of any attorney representing the initiating party, as applicable</u>:

        R. Daniel Craven
        CRAVEN, HOOVER & BLAZEK, P.C.
        7550 SOUTH MERIDIAN STREET, Ste.C-1
        INDIANAPOLIS, INDIANA 46217

        ATTORNEY NUMBER: 11932-49

        TELEPHONE NUMBER: (317) 881-2700
        FAX NUMBER:    (317) 885-4884

        COMPUTER ADDRESS: Not Applicable

3.    <u>The case type of the proceeding [Administrative Rule 8(B)(3)]</u>:

        CIVIL TORT

4.   A statement that the party will or will not accept service by FAX:

THE PLAINTIFF WILL NOT ACCEPT SERVICE BY FAX.

5.   In domestic relations, Uniform Reciprocal Enforcement of Support (URESA), paternity, delinquency, Child in Need of Services (CHINS), guardianship, and any other proceedings in which support may be an issue, the Social Security Identification Number of all family members:

NOT APPLICABLE.

6.   The caption and case number of all related cases:

NOT APPLICABLE.

7.   Such additional matters specified by state or local rule required to maintain the information management system employed by the court:

NOT APPLICABLE.

8.   Except in protective order proceedings, the name and telephone number of a pro se initiating party:

NOT APPLICABLE.

Respectfully submitted,

/s/ R. Daniel Craven
R. Daniel Craven (11932-49)
Attorney for Plaintiff
CRAVEN HOOVER & BLAZEK
7550 South Meridian Street, Suite C-1
Indianapolis, Indiana 46217
Phone: (317)881-2700 Fax: (317)885-4884
dcraven@chblawfirm.com

**41D01-1810-CT-000144**

Johnson Superior Court 1

Filed: 10/1/2018 2:42 PM
Clerk
Johnson County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE JOHNSON COUNTY SUPERIOR COURT |
| | ) SS: | CIVIL DIVISION |
| COUNTY OF JOHNSON | ) | CAUSE NO. |

DORIS J. ARTHUR,                            )
                                           )
      Plaintiff,                      )
                                           )
  vs.                                     )
                                           )
WAL-MART STORES EAST, LP,                  )
                                           )
      Defendant.                      )

---

## COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, Doris J. Arthur, by counsel, and for her Complaint against the Defendant, Wal-Mart Stores East, LP, alleges and states:

### COUNT I

1.    At all times relevant to this complaint, the Plaintiff was a resident of the State of Indiana, City of New Whiteland, County of Johnson.

2.    At all times relevant to this Complaint, the Defendant, Wal-Mart Stores East, LP, was a foreign corporation incorporated under the laws of the State of Indiana, and doing business within the State of Indiana, for the purpose of operating a discount store held open to the general public, including its business located at 2125 N. Morton Street in the City of Franklin, County of Johnson, State of Indiana.

3.    On or about October 5, 2016, the Plaintiff, Doris J. Arthur, was properly present upon the said property of the Defendants by invitation and the Plaintiff, was injured when an employee of Defendant was pushing a stock cart and struck the Plaintiff.

4.    That the Defendant, owed a duty to the Plaintiff to properly supervise, train and manage Defendant's employees and/or agents during the course of employment.

5.    That Defendant breached its said duties owed to the Plaintiff, and further, that said breach constitutes negligence.

6.    That as a proximate result of the Defendant's negligence, the Plaintiff, Doris J. Arthur, was physically injured and damaged and has endured physical pain and suffering.

WHEREFORE, the Plaintiff, Doris J. Arthur, by counsel, prays for a judgment against the Defendant, Wal-Mart Stores East, LP, in a sum sufficient to compensate her for her injuries and damages, for the costs of this action, and for all other relief just and proper in the premises.

## COUNT II

COMES NOW the Plaintiff, Doris J. Arthur, by counsel, and for Plaintiff's cause of action against the Defendant, Wal-Mart Stores East, LP, alleges and states:

7.    Plaintiff, Doris J. Arthur, realleges and reincorporates the above referenced paragraphs numbered one (1) through six (6) herein.

8.    That the doctrine of res ipsa loquitur applies in this case.

9.    Only the Defendant, Wal-Mart Stores East, LP, or the Defendant's contractors, sub-contractors, employees, agents or assigns controlled the Wal-Mart Store located at 2125 N. Morton Street in Franklin, Indiana on October 5, 2016 and under normal circumstances, this event would not have occurred unless the Defendant or the Defendant's contractors, sub-contractors, employees, agents or assigns were negligent.

10.    Any reasonably probable causes for the injuries of the Plaintiff were under the control of the Defendant, Wal-Mart Stores East, LP, or the Defendant's contractors, sub-contractors, employees, agents or assigns.

2

11.    It is more likely than not that there was negligence by the Defendant, Wal-Mart Stores East, LP, or the Defendant's contractors, sub-contractors, employees, agents or assigns associated with the cause of this event.

WHEREFORE, Plaintiff, Doris J. Arthur, prays the Court to grant a judgment against the Defendant, Wal-Mart Stores East, LP,  in a sum sufficient to compensate her for the injuries and damages sustained, together with the costs of this action and for all other relief just and proper in the premises.

Respectfully submitted,

CRAVEN, HOOVER & BLAZEK, P.C.

R. DANIEL CRAVEN, #11932-49
Attorney for Plaintiff
7550 South Meridian Street, Suite C-1
Indianapolis, Indiana 46217
Phone: (317)881-2700 Fax: (317)885-4884

## DEMAND FOR TRIAL BY JURY

COMES NOW the Plaintiff, by counsel, and demands that the above Complaint and all issues therein be tried by jury.

Respectfully submitted,

CRAVEN, HOOVER & BLAZEK, P.C.

R. DANIEL CRAVEN, #11932-49
Attorney for Plaintiff

3