**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| DORIS J. ARTHUR, | ) CAUSE NO. 1:18-cv-3349-JRS-TAB |
| Plaintiff, | ) |
| v. | ) |
| WAL-MART STORES EAST, LP, | ) |
| Defendant. | ) |

**ORDER GRANTING SECOND UNOPPOSED MOTION FOR ADDITIONAL
ENLARGEMENT OF TIME TO FILE STIPULATION AND ORDER OF DISMISSAL**

Counsel for defendant Wal-Mart Stores East, LP, having filed his Second Unopposed Motion for Additional Enlargement of Time to File Stipulation and Order of Dismissal, and the Court having examined said motion and being duly advised in the premises, now finds that the same is hereby granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that the parties are granted an additional enlargement of time to and including May 8, 2019, to file the appropriate Stipulation and Order of Dismissal.

DATED:  4/12/2019

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution List Attached.

Distribution to:

R. Daniel Craven
CRAVEN, HOOVER & BLAZEK, P.C.
Email:  dcraven@chblawfirm.com

Thomas L. Davis
FROST BROWN TODD LLC
Email:  tdavis@fbtlaw.com

4817-3946-4851v1