# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| DORIS J. ARTHUR, | ) CAUSE NO. 1:18-cv-03349-JRS-TAB |
| Plaintiff, | ) |
| v. | ) |
| WAL-MART STORES EAST, LP, | ) |
| Defendant. | ) |

## ORDER

The parties having so stipulated, the above-captioned cause of action is hereby ORDERED dismissed, with prejudice, against defendant, costs paid.

SO ORDERED.

Date: 4/15/2019

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

DISTRIBUTION TO:

R. Daniel Craven
CRAVEN, HOOVER & BLAZEK, P.C.
Email: dcraven@chblawfirm.com

Thomas L. Davis
Zachary C. Raibley
FROST BROWN TODD LLC
Email: tdavis@fbtlaw.com
Email: zraibley@fbtlaw.com